# Court of Appeals
# of the State of Georgia

ATLANTA,  February 09, 2018

*The Court of Appeals hereby passes the following order:*

## A18A1133. JAMES JONES v. THEODORE JACKSON, SHERIFF et al.

James Jones, who is incarcerated in the Fulton County Jail awaiting criminal trial, filed an original mandamus petition in this Court arguing, among other things, that the charges against him should be dismissed. We dismissed the mandamus petition based on Jones' failure to seek relief from the superior court and his failure to comply with the discretionary appeal procedure. See Case Number A18A0346, dismissed September 27, 2017.

Jones then filed a petition for writ of mandamus in the superior court on speedy trial grounds. The judge to whom the petition was assigned dismissed the petition as moot,[1] and Jones filed this original mandamus petition, claiming that his right to a speedy trial has been violated and that his continued detention without bond violates due process. Jones once again asks that the charges against him be dismissed and that he be released from custody.

An appellate court has limited original mandamus authority in aid of our jurisdiction. See Ga. Const. of 1983, Art. VI, Sec. I, Par. IV. Mandamus will issue "only if (1) no other adequate legal remedy is available to effectuate the relief sought; and (2) the applicant has a clear legal right to such relief." *Bibb County v. Monroe County*, 294 Ga. 730, 734 (2) (755 SE2d 760) (2014). Here, although Jones styles his petition as one for mandamus, the relief he seeks – dismissal of the charges against him – is not the proper subject of a mandamus petition. Under these circumstances,

---

[1] According to the dismissal order, the trial judge denied Jones' speedy trial demand on November 14, 2017.

Jones has not shown that the extremely rare exercise of this Court's original mandamus jurisdiction is warranted, and this petition is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/09/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*